UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV1668 DDN |
| ) | |
| TIMOTHY L. BLACKWELL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant has filed a notice of removal of a criminal prosecution pending against him in Lincoln County, Missouri, *Missouri v. Blackwell*, No. 11L6-CR00948-01. The notice is defective because he has neither paid the filing fee nor submitted a "copy of all process, pleadings, and orders served upon [him] in such action." 28 U.S.C. § 1455(a).

Accordingly,

**IT IS HEREBY ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must either pay the $400 filing fee to the Clerk of Court or submit a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must submit a "copy of all process, pleadings, and orders served upon" him in *Missouri v. Blackwell*, No. 11L6-CR00948-01.

                                                              /s/ David D. Noce
                                        **UNITED STATES MAGISTRATE JUDGE**

Signed on November 9, 2015.